

FILED
2011 AUG -8 P 1:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
David L. Chaffin, Esq., SBN 258459
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 (*Goss, Anita/Pleadings/Notice of Removal*)
(949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendants,
WELLS FARGO HOME MORTGAGE and HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES
CORPORATION HOME EQUITY ASSET-BACKED CERTIFICATES, 2006-1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA R. GOSS, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE; FIRST AMERICAN TURSTEE SERVICING SOLUTIONS, LLC, F/K/A FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC; ROBERT BOURNE, TRUSTEE OFFICER, C/O FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; ELIZABETH B. MILLS, NOTARY PUBLIC, STATE OF TEXAS – COUNTY OF TARRANT, C/O FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION | Case No. CV 11 3877 <br><br> **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b)--( Diversity Jurisdiction)** |

-1-

NOTICE OF REMOVAL OF ACTION

HOME EQUITY ASSET-BACKED )
CERTIFICATES, 2006-1 )
)
Defendants. )
_____ )

## TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

**PLEASE TAKE NOTICE** that Defendants WELLS FARGO HOME MORTGAGE ("Wells Fargo") and HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION HOME EQUITY ASSET-BACKED CERTIFICATES, 2006-1 ("HSBC") (collectively "Defendants") hereby remove to this Federal Court the state court action described below:

1. On May 18, 2011, Plaintiff ANITA R. GOSS ("Plaintiff") filed a Complaint against the above named Defendants in the Superior Court of the State of California, for the County of Contra Costa, entitled *Goss v. Wells Fargo Home Mortgage, et al.,* Case No. CIVMSC11-01094 ("State Court Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "1."

## DIVERSITY OF CITIZENSHIP

2. The State Court Action may be removed to this Court in accordance with 28 U.S.C. § 1441(b) since this Court has original jurisdiction, pursuant to 12 U.S.C. § 1332, on the basis of diversity jurisdiction, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000. As alleged in the Complaint, Plaintiff seeks damages in the amount of $450,000.00.[1]

3. Complete diversity of citizenship exists in that Plaintiff Anita R. Goss is a citizen of the State of California and the County of Contra Costa.

---

[1] Plaintiff's Complaint attached hereto as Exhibit "1" ("Complaint"), Prayer ¶ 3.

-2-

NOTICE OF REMOVAL OF ACTION

**4.** Defendant Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. which is a national banking association chartered under the laws of the United States. Wells Fargo Bank N.A. is chartered, and has its main office, in South Dakota. All national banking associations shall, for the purposes of … actions by or against them, be deemed citizens of the States in which they are respectively located. 28 U.S.C. § 1348. A national bank is located, for diversity jurisdiction purposes, only in the state designated as its main office (and not in every state where it has branch offices).[2]

**5.** Defendant HSBC is a national banking association chartered under the laws of the United States. HSBC is chartered, and has its main office, in New York. All national banking associations shall, for the purposes of … actions by or against them, be deemed citizens of the States in which they are respectively located. 28 U.S.C. § 1348. A national bank is located, for diversity jurisdiction purposes, only in the state designated as its main office (and not in every state where it has branch offices).[3]

**6.** Defendant First American Trustee Servicing Solutions, LLC ("First American") is a Texas Limited Liability Company with its principal place of business in Texas. Moreover, First American is merely the foreclosure trustee. First American has no financial interest in the outcome of this action, nor has Plaintiff alleged any wrongdoing on the part of First American in connection with their duties as trustee. Further, First American has filed a Declaration of Non-Monetary Status in the State Court Action attached hereto as Exhibit "2." Therefore, First American is a nominal defendant whose diversity is not relevant for removal purposes.[4]

---

[2] *Wachovia Bank v. Schmidt*, 126 S. Ct. 941, 946-52 (2006).
[3] *Id.*
[4] 28 U.S.C. §§ 1332, 1441; *Strotek Corp. v. Air Transp. Ass'n of Am.*, 300 F.3d 1129, 1132-33 (9th Cir.2002); *South Shore Ranches, LLC v. Lakelands Co., LLC*, 2009 WL 1357436, 5

-3-

NOTICE OF REMOVAL OF ACTION

**7.** Defendants Robert Bourne and Elizabeth B. Mills are both citizens of the state of Texas. Moreover, these individuals are only being sued in their capacity as agents for defendant First American. As First American is not considered for diversity purposes, as set forth above, neither are defendants Bourne and Mills in their capacity as agents.[5]

**8.** Defendants *received* a copy of Plaintiff's Complaint on July 7, 2011, and it bring this Notice of Removal within thirty (30) days therefrom, as required by 28 U.S.C. § 1446(b).

**9.** Defendants First American, Robert Bourne and Elizabeth B. Mills consent to removal within thirty (30) days of receipt through the Joinder in Notice of Removal filed concurrently herewith.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: August 8, 2011      By:

T. Robert Finlay, Esq.
David L. Chaffin, Esq.
Attorneys for Defendants,
WELLS FARGO HOME MORTGAGE and
HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
WELLS FARGO ASSET SECURITIES
CORPORATION HOME EQUITY ASSET-
BACKED CERTIFICATES, 2006-1

---

(E.D.Cal.,2009); *see Kuntz v. Lamar Corp.,* 385 F.3d 1177, 1183 (9th Cir. 2004); *Prudential Real Estate Affiliates, Inc. v. PPR Realty, Inc.,* 204 F.3d 867, 873 (9th Cir.2000).
[5] *Lovell v. United Airlines, Inc.,* 2009 WL 3172680 at *4 (D.Hawaii 2009); *State of Washington v. Pacific Telephone & Telegraph Co.,* 1 F.2d 327, 331-332 (D.C.Wash. 1924).

-4-

NOTICE OF REMOVAL OF ACTION

EXHIBIT 1

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

NOTICE TO DEFENDANT. WELLS FARGO HOME MORTGAGE AND
(AVISO AL DEMANDADO). ALL PARTICIPANTS COLLECTIVELY PER
ADDITIONAL PARTIES ATTACHMENT.



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2011 MAY 18 A 10 47

K ICSE DEPT CE CHAP JA COURT
COPT J CONTI CLS A CALF

BY_____
J. MYOVICH , LAYOFEZ

YOU ARE BEING SUED BY PLAINTIFF· ANITA R. GOSS
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

NOTICE! You have been sued  The court may decide against you without your being heard unless you respond within 30 days  Read the information below

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff  A letter or phone call will not protect you  Your written response must be in proper legal form if you want the court to hear your case  There may be a court form that you can use for your response  You can find these court forms and more information at the California Courts Online Self-Help Center (www courtinfo ca gov/selfhelp), your county law library, or the courthouse nearest you  If you cannot pay the filing fee, ask the court clerk for a fee waiver form  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court

There are other legal requirements  You may want to call an attorney right away  If you do not know an attorney, you may want to call an attorney referral service  If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program  You can locate these nonprofit groups at the California Legal Services Web site (www lawhelpcalifornia org), the California Courts Online Self-Help Center (www courtinfo ca gov/selfhelp), or by contacting your local court or county bar association  NOTE  The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case  The court's lien must be paid before the court will dismiss the case

¡AVISO! Lo han demandado  Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su versión  Lea la información a continuacion

Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante  Una carta o una llamada telefónica no lo protegen  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte  Es posible que haya un formulario que usted pueda usar para su respuesta  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www sucorte ca gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca  Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exención de pago de cuotas  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin más advertencia

Hay otros requisitos legales  Es recomendable que llame a un abogado inmediatamente  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www lawhelpcalifornia org), en el Centro de Ayuda de las Cortes de California, (www sucorte ca gov) o poniendose en contacto con la corte o el colegio de abogados locales  AVISO  Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil  Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso

| | |
|---|---|
| The name and address of the court is<br>(El nombre y dirección de la corte es) SUPERIOR COURT OF THE STATE OF<br>CALIFORNIA - MARTINEZ<br>725 COURT STREET<br>MARTINEZ, CA.  94553 | CASE NUMBER<br>(Numero del Caso) C 11 - 01094 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is
(El nombre, la dirección y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es)

ANITA R. GOSS, IN PRO PER  211 AMEND COURT, EL SOBRANTE, CA.  94803

DATE         MAY 18 2011                    Clerk, by         J. Myovich         , Deputy
(Fecha)                                      (Secretario) _____ (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010) )
(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010))

NOTICE TO THE PERSON SERVED  You are served

[SEAL]

1 ☐ as an individual defendant
2 ☒ as the person sued under the fictitious name of (specify) ALL PARTICIPANTS COLLECTIVE
PER ADDITIONAL PARTIES ATTACHME

3 ☐ on behalf of (specify)

under ☐ CCP 416 10 (corporation)         ☐ CCP 416 60 (minor)
      ☐ CCP 416 20 (defunct corporation)   ☐ CCP 416 70 (conservatee)
      ☐ CCP 416 40 (association or partnership) ☐ CCP 416 90 (authorized person)
      ☐ other (specify)
4 ☐ by personal delivery on (date)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev July 1, 2009]

SUMMONS - UNLAWFUL FORECLOSURE Code of Civil Procedure §§ 412 20  465
www courtinfo ca gov

American LegalNet  Inc
www FormsWorkflow com

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Anita R. Goss, In Pro Per - Plaintiff<br>211 Amend Court<br>El Sobrante, CA. 94803<br><br>TELEPHONE NO 510· 752· 7369   FAX NO (Optional)<br>E-MAIL ADDRESS (Optional)<br>ATTORNEY FOR (Name) | FILED<br><br>2011 MAY 10  A 0 03<br><br>K 10FF COUNTY SUPERIOR COURT<br>COUNTY OF CONTRA COSTA<br>BY _____<br>J MYROM FLTHTEL, Z |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa - Martinez

STREET ADDRESS 725 Court Street

MAILING ADDRESS Martinez, CA. 94553

CITY AND ZIP CODE

BRANCH NAME Martinez Superior Court

PLAINTIFF Anita R. Goss, In Pro Per

DEFENDANT Wells Fargo Home Mortgage

☒ DOES 1 TO 5 Collectively

CONTRACT

☒ COMPLAINT     ☐ AMENDED COMPLAINT (Number):

☐ CROSS-COMPLAINT     ☐ AMENDED CROSS-COMPLAINT (Number).

| | PERSONAL USE THIS<br>S   IS SUBJECT TO<br>DEPT . . . . . . . . . . |
|---|---|

SUMMONS ISSUED

| Jurisdiction (check all that apply): | CASE NUMBER |
|---|---|
| ☐ ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded  ☐ does not exceed $10,000<br>               ☐ exceeds $10,000 but does not exceed $25,000<br>☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>     ☐ from limited to unlimited<br>     ☐ from unlimited to limited | C 11 - 01 0 9 4 |

1. Plaintiff* (name or names) Anita R. Goss

alleges causes of action against defendant* (name or names), Wells Fargo Home Mortgage and Additional Parties 1-5 Collectively

2   This pleading, including attachments and exhibits, consists of the following number of pages: 17 - seventeen

3   a.  Each plaintiff named above is a competent adult
    ☒ except plaintiff (name): Wells Fargo Home Mortgage and HSBC Bank USA, National Association, as trustee for Wells Fargo Asse
       (1) ☒ a corporation qualified to do business in California
       (2) ☐ an unincorporated entity (describe)
       (3) ☐ other (specify):

   b.  ☐ Plaintiff (name) ·
     a.  ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify)

     b  ☐ has complied with all licensing requirements as a licensed (specify)
   c.  ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c

4.  a.  Each defendant named above is a natural person
    ☒ except defendant (name): Wells Fargo Home Mortgage ☒ except defendant (name). HSBC Bank USA, National Association

| (1) ☐ a business organization, form unknown | (1) ☐ a business organization, form unknown |
|---|---|
| (2) ☒ a corporation | (2) ☒ a corporation |
| (3) ☐ an unincorporated entity (describe): | (3) ☐ an unincorporated entity (describe) |
| (4) ☐ a public entity (describe). | (4) ☐ a public entity (describe). |
| (5) ☐ other (specify): | (5) ☐ other (specify) |

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev January 1, 2007]   Martin Dean's ESSENTIAL FORMS™   COMPLAINT - Contract   Code of Civil Procedure, § 425 12

| SHORT TITLE | ANITA R. GOSS    VS WELLS FARGO HOME MORTGAGE | CASE NUMBER C-11-01094 |
|---|---|---|

DEFENDENTS

WELLS FARGO HOME MORTGAGE

FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC F/K/A
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC

ROBERT BOURNE, TRUSTEE OFFICER
C/O FIRST AMERICAN TRUSTEE SERVICING SOLUTONS, LLC

ELIZABETH B MILLS
NOTARY PUBLIC, STATE OF TEXAS – COUNTY OF TARRANT
C/O FIRST AMERICAN TRUSTEES SERVICING SOLUTIONS, LLC

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS
FARGO ASSET SECURITIES CORPORATION HOME EQUITY ASSET-BACKED
CERTIFICATES, SERIES 2006-1

And Does 1-5

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*

This page may be used with any Judicial Council form or any other paper filed with the court

Page 3 of 3

Form Approved by the
Judicial Council of California
MC-020 (New January 1, 1987)

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc
www USCourForms com

ADDITIONAL PARTIES - ATTACHMENT
CIVIL CASE - UNLAWFUL FORECLOSURE

Plaintiff alleges the following

1    On August 5, 2010, Wells Fargo Home Mortgage illegally and negligently foreclosed on my home situated at  211 Amend Court, El Sobrante, CA , in the County of Contra Costa and sold it under Trustee Sale to HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates, Series 2006-1 for the sum of $395,000.00 under penalty of perjury    **EXHIBIT 1**

**Wells Fargo Home Mortgage neglected to provide any notice of sale set for August 5, 2010 to Anita R. Goss to the noted legal address shown as 211 Amend Court, El Sobrante, CA. according to California Civil Codes 2924-2945.  There are no County Recordings of this notice to Anita R. Goss.  Wells Fargo Home Mortgage also neglected to reverse their sale after being noted by a Wells Fargo Home Mortgage Administrator to delay the sale due to a pending modification determination on file.  They ignored their own order to delay any sale proceedings.**

2.    Under penalty of perjury Wells Fargo and First American Trustee attest that all Notice of Default and Notice of Sale have been met according to Civil Code 2924, et. seq,  **EXHIBIT 2**

- **The Civil Code 2924 was violated by Wells Fargo and First American Trust by not giving Notice of Default and Notice of Sale to Anita R Goss according to the this civil code.  Thereby committing perjury and fraud under the Commercial Civil Code Laws of the State of California.**

3    Recording request of the Trustees Deed Upon Sale notorized by Elizabeth B Mills of the Notary Public, State of Texas verifying the signature of Robert Bourne, Trustee Officer of First American Trustee for Wells Fargo on 8/23/2010  **EXHIBIT 3**

-    **Elizabeth B. Mills of the Notary Public, State of Texas witnessed the signature of Robert Bourne and attests him as a legal and documented Trustee Officer of First American Trustee Servicing Solutions, LLC.**

-    **Robert Bourne, (alleged) Trustee Officer of First American signed Deed Upon Sale under fraudulent circumstances.**

4    The Deed Upon Sale was documented as a Gift Transfer subject to federal gift tax  **EXHIBIT 4**

-    **Deed Upon Sale transaction was illegally transferred as a Gift to HSBC Bank USA. With intent to evade the Sales Tax applicable under the California State Board of Equalization Sales Tax Code.**

5    The Board of Governors of the Federal Reserve System noted various improper foreclosure practices of Wells Fargo & Company and servicing entities such as HSBC.  They are being required to take immediate corrective actions to remedy the improper conduct  **EXHIBIT 5**

WHEREFORE, plaintiff prays for following judgment

1.   For Defendant to be denied any and all damages, including, but not limited to  Loss of Rent based on fare rental value, Attorneys Fees, Filing Fees, Property Tax, resulting from the unlawful detainer action against the Plaintiff filed under case Number RS 10-1780 under the Superior Court of Contra Costa County – Richmond Courthouse

2.   For Defendant to have Deed Upon Sale of 211 Amend Court, El Sobrante, CA  94803 null and void as of August 5, 2010

3.   For Defendant to pay any and all damages resulting from the negligent actions of the Defendant, including, but not limited to  Filing Fees, Attorneys and or Consulting Fees, Pain and Suffering and Mental Distress from fear of loss  Amount to be determined at a later date but not less than the sum of $450,000 U S  Dollars, current market value of the property

Date· May 17, 2011

By        Anita R  Goss, Plaintiff

**ILLEGAL / UNLAWFUL FORECLOSURE COMPLAINT**          PAGE 3 OF 10

Recording Requested By
First American Trustee Servicing Solutions, LLC f/k/a
First American LoanStar Trustee Services, LLC
6 Campus Circle, 2nd Floor
Westlake  TX
76262

CONTRA COSTA Co Recorder Office
STEPHEN L. WEIR, Clerk-Recorder
**DOC- 2010-0180637-00**
Check Number
Friday, AUG 27, 2010 11:54:00
SUR   $10 00!MOD    $5 00!REC   $15 00
FTC   $4 00!RED    $1 00!ERD    $1 00
Ttl Pd   $36.00        Nbr-0000572944
                                 cmb/RJ/1-5

Mail Tax Statements To :
Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill SC
29715

---

APN Number :          433-180-039-3
Title Order Number    4006183
TS Number             20099070802173           **under penalty of perjury**
Loan Type             Conventional

## TRUSTEES DEED UPON SALE

The undersigned grantor declares under penalty of perjury
1) The grantee herein WAS the foreclosing Beneficiary
2) The amount of the unpaid debt together with costs was        $ 772,424.79
3) The amount paid by the Grantee at the trustee sale was       $ 395,000 00
4) The documentary transfer tax is                             $ 0 - Exempt

5) Said property is ~~INCORPORATED~~ / UNINCORPORATED

First American Trustee Servicing Solutions, LLC f/k/a First American LoanStar Trustee Services, LLC , (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, expressed or implied to

HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates, Series 2006-1

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of Contra Costa in the State of California, described as follows

See Exhibit A attached hereto and made a part hereof.

Recitals ·
This conveyance is made pursuant to the powers conferred upon the Trustee by that certain Deed of Trust dated 11/01/2005 and executed by ,

ANITA R GOSS

**Exhibit 1**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY I.S .

APN Number            433-180-039-3
Title Order Number    4006183
TS Number             20099070802173
Loan Type             Conventional

As Trustor, and recorded 11/10/2005 , as Instrument Number 2005-0436159-00 , in Book , Page , of Official Records of the County of Contra Costa in the State of California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the County Recorder of said County

All requirements of law and the applicable Deed of Trust including, but not limited to those enumerated by Civil Code 2924, et seq , regarding the mailing, publication, personal delivery and posting of the Notice of Default and Notice of Sale, as respectively appropriate, have been met

Said property was sold by said Trustee at public auction on 08/05/2010 at the place named in the Notice of Sale, in the County of Contra Costa in the State of California, in which the property is situated Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said Trustee the amount of $395,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligation then secured by said Deed of Trust

Exhibit 2

Trustees Deed Upon Sale

Date .    ℀ 23 2010

First American Trustee Servicing Solutions, LLC
Formerly First American LoanStar Trustee Services, LLC

By :

Robert Bourne, Trustee Officer

State of Texas
County of Tarrant

Before me Elizabeth B Mills , on this day personally appeared Robert Bourne, known to me to be the person whose name is subscribed to therefore going instrument and acknowledged to me that this person executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office this day of    ℀·23 2010

Witness my hand and official seal

Signature :    Elizabeth B Mills

ELIZABETH B  MILLS
Notary Public, State of Texas
My Commission Expires
January 25, 2012

Exhibit 3

**Federal gift tax on Real Estate Transfers**

The Internal Revenue Service (IRS) has requested that county recorders provide them with data on real estate transactions where a gift exemption is claimed in lieu of payment of Documentary Transfer Tax  Contra Costa County will provide this date to the IRS at their request

Please note that "gifts" claimed on the transfer of real estate may be subject to federal gift tax. In such cases, the Transferor (donor) may be required to file Form 709, United State Gift (and Generation-Skipping Transfer) Tax Return, with the IRS  The Form 709 and instructions are available online at www irs.gov/formspubs

Exhibit 4

END OF DOCUMENT

FRB· Press Release--Federal Reserve issues enforcement actions related to deficient practices in residentia.     Page 1 of

| About the Fed | News & Events | Monetary Policy | Banking Information & Regulation | Payment Systems | Economic Research & Data | Consumer Information | Community Development | Reporting Forms | Publications |

⊞ Testimony and Speeches

⊞ Press Releases

▣ Regulatory Reform

▣ Conferences

▣ Other Public Communication

Home > News & Events > 2011 Enforcement Actions

## Press Release

**E x h i b i t 5**

*Release Date  April 13, 2011*

For immediate release

The Federal Reserve Board on Wednesday announced formal enforcement actions requiring 10 banking organizations to address a pattern of misconduct and negligence related to deficient practices in residential mortgage loan servicing and foreclosure processing  These deficiencies represent significant and pervasive compliance failures and unsafe and unsound practices at these institutions

The Board is taking these actions to ensure that firms under its jurisdiction promptly initiate steps to establish mortgage loan servicing and foreclosure processes that treat customers fairly, are fully compliant with all applicable law, and are safe and sound

The 10 banking organizations are  Bank of America Corporation, Citigroup Inc , Ally Financial Inc , HSBC North America Holdings, Inc , JPMorgan Chase & Co , MetLife, Inc , The PNC Financial Services Group, Inc , SunTrust Banks, Inc , U S Bancorp, and Wells Fargo & Company  Collectively, these organizations represent 65 percent of the servicing industry, or nearly $6 8 trillion in mortgage balances  All 10 actions require the parent holding companies to improve holding company oversight of residential mortgage loan servicing and foreclosure processing conducted by bank and nonbank subsidiaries

In addition, the enforcement actions order the banking organizations that have servicing entities regulated by the Federal Reserve (Ally Financial, SunTrust, and HSBC) to promptly correct the many deficiencies in residential mortgage loan servicing and foreclosure processing  Those deficiencies were identified by examiners during reviews conducted from November 2010 to January 2011

The Federal Reserve believes monetary sanctions in these cases are appropriate and plans to announce monetary penalties  These monetary penalties will be in addition to the corrective actions that the banking organizations are expected to take pursuant to the enforcement actions

The enforcement actions complement the actions under consideration by the federal and state regulatory and law enforcement agencies, and do not preclude those agencies from taking additional enforcement action  The Federal Reserve continues to work with other federal and state authorities to resolve these matters

The actions taken Wednesday require each servicer to take a number of actions, including to make significant revisions to certain residential mortgage loan servicing and foreclosure processing practices  Each servicer must, among other things, submit plans acceptable to the Federal Reserve that

- strengthen coordination of communications with borrowers by providing borrowers the name of the person at the servicer who is their primary point of contact,
- ensure that foreclosures are not pursued once a mortgage has been approved for modification, unless repayments under the modified loan are not made,
- establish robust controls and oversight over the activities of third-party vendors that provide to the servicers various residential mortgage loan servicing, loss mitigation, or foreclosure-related support, including local counsel in foreclosure or bankruptcy proceedings,
- provide remediation to borrowers who suffered financial injury as a result of wrongful foreclosures or other deficiencies identified in a review of the foreclosure process, and
- strengthen programs to ensure compliance with state and federal laws regarding servicing, generally, and foreclosures, in particular

The Federal Reserve will closely monitor progress at the firms in addressing these matters and will take additional enforcement actions as needed

In addition to the actions against the banking organizations, the Federal Reserve on

PAGE 8 OF

FRB  Press Release--Federal Reserve issues enforcement actions related to deficient practices in residentia.    Page 2 of 2

Wednesday announced formal enforcement actions against Lender Processing Services, Inc (LPS), a domestic provider of default-management services and other services related to foreclosures, and against MERSCORP, Inc (MERS), which provides services related to tracking and registering residential mortgage ownership and servicing, acts as mortgagee of record on behalf of lenders and servicers, and initiates foreclosure actions  These actions address significant compliance failures and unsafe and unsound practices at LPS and its subsidiaries, and at MERS and its subsidiary  The action requires LPS to address deficient practices related primarily to the document execution services that LPS, through its subsidiaries DocX, LLC, and LPS Default Solutions, Inc , provided to servicers in connection with foreclosures MERS is required to address significant weaknesses in, among other things, oversight, management supervision, and corporate governance  The LPS action is being taken jointly with the Office of the Comptroller of the Currency, the Federal Deposit Insurance Corporation, and the Office of Thrift Supervision, while the MERS action is being taken jointly with those agencies and the Federal Housing Finance Agency

*Exhibits*

The Federal Reserve Board based its enforcement actions on the findings of the interagency reviews of the major mortgage servicers, LPS, and MERS  A summary of the findings from the reviews of the mortgage servicers is available in the *Interagency Review of Foreclosure Policies and Practices*, which is simultaneously being released by the Federal Reserve Board and the other agencies

Attachments  -

- *Interagency Review of Foreclosure Policies and Practices (461 KB PDF)*
- Consent Order for Bank of America Corp  (34 KB PDF)
- Consent Order for Citigroup Inc  and CitiFinancial Credit Co  (140 KB PDF)
- Consent Order for Ally Financial, Inc , ResCap, GMAC Mortgage, and Ally Bank (493 KB PDF)
- Consent Order for HSBC North America Holdings, Inc  and HSBC Finance Corp  (76 KB PDF)
- Consent Order for JPMorgan Chase & Co  and EMC Mtge  (39 KB PDF)
- Consent Order for MetLife, Inc  (25 KB PDF)
- Consent Order for PNC Financial Svs  Group Inc  (25 KB PDF)
- Consent Order for SunTrust Banks, Inc , SunTrust Bank, and SunTrust Mortgage (76 KB PDF)
- Consent Order for U S  Bancorp (25 KB PDF)
- Consent Order for Wells Fargo & Co  (25 KB PDF)
- Consent Order for LPS (47 KB PDF)
- Consent Order for MERS (48 KB PDF)

2011 Enforcement Actions

Last update  April 13, 2011

Home | News & Events

Accessibility   Contact Us   Disclaimer   Linking Policy   FOIA                    PDF Reader

PAGE 9 OF 10

Verification

I am the plaintiff in this action  I have read the complaint and am familiar with its contents

The contents of the complaint are true of my own knowledge except as to the matters which are therein stated on information or belief, and, as to those matters, I believe it to be true

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct  Executed at El Sobrante, California on May 17, 2011

_____
Anita R  Goss

EXHIBIT 2

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole K. Neff, Esq., SBN 257964
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Goss, Anita/Declaration of Non-Monetary Status)*
Tel. (949) 477-5050; Fax (949) 477-9200
Rfinlay@wrightlegal.net; nneff@wrightlegal.net;

Attorneys for Defendant,
FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS LLC F/K/A/ FIRST
AMERICAN LOANSTAR TRUSTEE SERVICES LLC, ROBERT BOURNE (erroneously
sued herein as Robert Bourne, Trustee Officer c/o First American Trustee Servicing
Solutions, LLC) and ELIZABETH B. MILLS (erroneously sued herein as Elizabeth B. Mills,
Notary Public, State of Texas-County of Tarrant c/o First American Trustee Servicing
Solutions, LLC)

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA - MARTINEZ

| | |
|---|---|
| ANITA R. GOSS,<br><br>           Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>FIRST AMERICAN TRUSTEE SERVICING<br>SOLUTIONS LLC F/K/A/ FIRST<br>AMERICAN LOANSTAR TRUSTEE<br>SERVICES LLC; ROBERT BOURNE,<br>TRUSTEE OFFICER C/O FIRST<br>AMERICAN TRUSTEE SERVICING<br>SOLUTIONS LLC; ELIZABETH B. MILLS<br>NOTARY PUBLIC, STATE OF TEXAS --<br>COUNTY OF TARRANT C/O FIRST<br>AMERICAN TRUSTEE SERVICING<br>SOLUTIONS LLC; HSBC BANK USA,<br>NATIONAL ASSOCIATION, AS TRUSTEE<br>FOR WELLS FARGO ASSET SECURITIES<br>CORPORATION HOME EQUITY ASSET-<br>BACKED CERTIFICATES, SERIES 2006-1;<br>and DOES 1-5,<br><br>           Defendants. | Case No: CIVMSC11-01094<br><br>**DECLARATION OF NON-MONETARY STATUS BY DEFENDANTS FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS F/K/A/ FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, ROBERT BOURNE AND ELIZABETH B. MILLS**<br><br>*[Civil Code 2924l]* |

-1-

DECLARATION OF NON-MONETARY STATUS

I, DeeAnn Gregory, do hereby declare and state as follows:

1.    I am Manager for Defendant, First American Trustee Servicing Solutions, LLC f/k/a/ First American Loanstar Trustee Services, LLC ("First American" or "Defendant") in the above-referenced action. I have personal knowledge of the facts set forth herein, and if called upon to do so, I would and could competently testify thereto.

2.    On May 18, 2011, Plaintiff, Anita R. Goss ("Plaintiff"), filed a Complaint in the Superior Court of California, County of Contra Costa ("Complaint"). First American is simply the foreclosure trustee ("Trustee"), with the power to foreclose on the property that arises from the Deed of Trust securing the loan. Defendants ROBERT BOURNE (erroneously sued herein as Robert Bourne, Trustee Officer c/o First American Trustee Servicing Solutions, LLC) and ELIZABETH B. MILLS (erroneously sued herein as Elizabeth B. Mills, Notary Public, State of Texas-County of Tarrant c/o First American Trustee Servicing Solutions, LLC) are employees of First American and appear to be named by virtue of their respective roles at First American.

3.    Based on my review of Plaintiff's Complaint, it is my reasonable belief that First American has been named in this action solely in its capacity as Trustee, and not arising out of any wrongful acts or omissions on its part in the performance of its duties as Trustee. The basis for my reasonable knowledge or belief set forth above is that First American has not been involved in any way with the property which is the subject of this lawsuit outside of its capacity as Trustee, has no interest in the property, except to be named as the Trustee under the deed of trust encumbering the property by way of Substitution of Trustee. The trustee's conduct, including the recording of the substitution of trustee and foreclosure notices, is *privileged* pursuant to *Civil Code* §§47 and 2924(d). ). Similarly, I believe that Robert Bourne and Elizabeth B. Mills have been named solely in their capacity as employees of First American and therefore should be entitled to the same protections as the foreclosure trustee.

4.    I am not aware of any evidence produced to date by Plaintiff or the remaining Defendants, or of any facts, documents, or testimony tending to suggest that First American

-2-

DECLARATION OF NON-MONETARY STATUS

engaged in any misconduct in connection with the performance of its duties as Trustee. Pursuant to Civil Code section 2924(b), the foreclosure trustee incurs no liability for relying in good faith on information provided by the beneficiary regarding the nature and amount of the default under the secured obligation. The Complaint makes no credible allegations that First American failed to perform any of its duties as a Trustee, nor have any of the remaining Defendants filed a Cross-Complaint against First American alleging any defect in the performance of its duties as trustee, either under the Deed of Trust, or the applicable statutes set forth in *Civil Code* Section 2924, et seq.

5.    Given the foregoing facts and pursuant to *Civil Code* 2924l, First American hereby agrees to be bound by whatever non-monetary Order or Judgment this Court issues with regard to the Deed of Trust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28 day of July, 2011, at Westlake, Texas.

DeeAnn Gregory, Declarant

-3-

DECLARATION OF NON-MONETARY STATUS

## PROOF OF SERVICE

I, Tina Flores, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On July 29, 2011, I served the within **DECLARATION OF NON-MONETARY STATUS BY DEFENDANTS FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS F/K/A/ FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, ROBERT BOURNE AND ELIZABETH B. MILLS** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Anita R. Goss
211 Amend Court
El Sobrante, CA 94803
T: 510-750-7369
*In Pro Per*

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on July 29, 2011, at Newport Beach, California.

_____
Tina Flores

-1-