IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANITA R. GOSS,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE,

    Defendant.

    /

No. C 11-3877 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 15, 2011, defendant filed a motion to dismiss the complaint. The motion is scheduled for a hearing on September 30, 2011. Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition was due by August 29, 2011. Plaintiff has not filed an opposition, nor has plaintiff taken any action in this case since it was removed from state court.

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE in writing to be filed no later September 23, 2011**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). The September 30, 2011 hearing on defendant's motion to dismiss is VACATED, and will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated: September 13, 2011

SUSAN ILLSTON
United States District Judge