IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA R. GOSS, | No. C 11-3877 SI |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| WELLS FARGO HOME MORTGAGE, | |
| Defendant. | |

Defendant filed a motion to dismiss the complaint, to which plaintiff never filed an opposition.. Accordingly, on September 13, 2011, this Court ordered plaintiff to show cause in writing to be filed no later September 23, 2011, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

Plaintiff did not file anything in response to the order to show cause, nor did she contact the Court in any way. Accordingly, this action is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 5, 2011

SUSAN ILLSTON
United States District Judge