IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA R. GOSS, | No. C 11-3877 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO HOME MORTGAGE, | |
| Defendant. | |

This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 5, 2011

SUSAN ILLSTON
United States District Judge